UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KAREN MARTIROSYAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01094-SB-DFM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS NOT ISSUE |

    Defendant UPS filed a motion for summary judgment that was set for hearing on September 15, 2023.  Dkt. No. 42.  On September 14, the Court posted on its website its tentative order granting the motion.  In a footnote to the tentative order, the Court described conduct by Plaintiff's counsel that appeared to violate the Court's Order re Motions for Summary Judgment (MSJ Order) and noted that it may issue an order to show cause (OSC) why sanctions should not be imposed.  The Court intended to give Plaintiff's counsel an opportunity to address the tentative ruling, including the issue identified in footnote 3, at the summary judgment hearing the next day.

    Plaintiff's counsel failed to appear at the hearing.  Plaintiff is ORDERED to show cause why sanctions against him and/or his counsel should not be imposed for counsel's failure to appear at the September 15 hearing and violating the Court's Order re: Motions for Summary Judgment (as described in footnote 3 of the tentative order).[1]  Plaintiff's counsel is ordered to appear in person to address the OSC on September 22, 2023, at 8:30 a.m. in Courtroom 6C.  Plaintiff's counsel must also file a written response to the OSC by September 19.

---

[1] In footnote 3 of the tentative order, the Court identified examples of seeming violations of the MSJ Order.  When responding to this OSC, Plaintiff should consider all similar responses he provided that fit the illustrated pattern.

2

      Finally, defense counsel, one of whom apparently had to travel from Minnesota, did appear.  Plaintiff's counsel's failure to appear cost Defendant's counsel time and resources that could have been avoided.  The parties should coordinate to discuss Plaintiff's counsel paying the costs of defense counsel's time and travel incurred as a result of Plaintiff's failure to appear at the September 15 hearing.  Plaintiff's counsel shall set forth the results of the discussion in her September 19 response.

IT IS SO ORDERED.

Date: September 15, 2023

                                                Stanley Blumenfeld, Jr.
                                            United States District Judge