JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KAREN MARTIROSYAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01094-SB-DFM<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting summary judgment entered this day, it is ORDERED AND ADJUDGED that all of Plaintiff Gary Karen Martirosyan's claims against Defendant United Parcel Service, Inc., are dismissed on the merits with prejudice.

    This is a final judgment.

Date: September 26, 2023

                                                            Stanley Blumenfeld, Jr.
                                                      United States District Judge