**FILED**

UNITED STATES COURT OF APPEALS

OCT 23 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GARY KAREN MARTIROSYAN,

Plaintiff-Appellant,

v.

UNITED PARCEL SERVICE, INC., a corporation,

Defendant-Appellee.

No.    23-55814

D.C. No.
2:23-cv-01094-SB-DFM
Central District of California,
Los Angeles

ORDER

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this case is ordered submitted on the briefs and record without oral argument on Thursday, November 21, 2024, in Pasadena, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT